UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

J.W., a minor, by and through her
next friend, K.W.,

    Plaintiff,

v.                                                               CASE NO.: 3:21-cv-1259-BJD-JBT

SCHOOL BOARD OF SUWANNEE
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Proceed Anonymously ("Motion to Proceed") (Doc. 5), and Plaintiff's Motion for Leave to File Documents Under Seal ("Motion to Seal") (Doc. 6) (collectively "Motions"). In the Motions, Plaintiff and her parent, acting as next friend, seek leave to proceed anonymously and to file specific exhibits containing their names under seal. (Docs. 5 & 6.) The Motions are unopposed. (*Id.*) For the reasons set forth herein, the Motions are due to be **GRANTED**.

"Generally, parties to a lawsuit must identify themselves in their respective pleadings." *Doe v. Frank*, 951 F.2d 320, 322 (11th Cir. 1992). "The ultimate test for permitting a plaintiff to proceed anonymously is whether the plaintiff has a substantial privacy right which outweighs the 'customary and

1

constitutionally-embedded presumption of openness in judicial proceedings.'" *Id.* at 323 (quoting *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981)).

Here, Plaintiff, a minor, states that her privacy interest in this case includes "medical and psychological treatment related to her disability, and her educational and disciplinary history," and that the disclosure of her identity "places her at great risk of stigmatization." (Doc. 5 at 2, 4.) Plaintiff cites persuasive authority in which courts have protected the identity of students by permitting both the student and parent to proceed anonymously. (Doc. 5 at 3–4.) Moreover, Plaintiff has been permitted to proceed anonymously in the prior administrative proceedings. (Doc. 5 at 5.)

Accordingly, it is **ORDERED**:

1. The Motions (**Docs. 5 & 6**) are **GRANTED**. Plaintiff and her next friend may proceed anonymously.

2. **On or before January 5, 2022**, Plaintiff shall file Exhibit 1 to the Motion to Proceed and Exhibit 1 to Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 4) **under seal**. The documents shall remain **under seal** until further order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, on December 22, 2021.

*[signature: Joel B. Toomey]*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record